**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　　PLAINTIFF<br>　　　　　　v.<br><br>WALTER PERNILLO<br><br>　　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>　　5:14-MJ-00375<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

　　Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __WEDNESDAY, SEPTEMBER 10, 2014__, _____, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM__, in Courtroom __4 - 3rd FLOOR__.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　*(Other custodial officer)*

Dated: __September 9, 2014__　　　　　__Sheri Pym__
　　　　　　　　　　　　　　　　　　United States Magistrate Judge